UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X

DANIEL CASTRO,

                                  Plaintiff,        07 Civ. 11602 (JGK)

        -against-

THE CITY OF NEW YORK, et al.,

                                Defendants.

----------------------------------------------------------------------X

## PROOF OF SERVICE

**ROSE M. WEBER**, an attorney duly admitted to practice in the State of New York and this Court, declares under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the following statements are true.

I am over 18 years of age and am not a party to this action.

That on January 3, 2008, at approximately 10:00 a.m., at the office of the City of New York Police Department Intel Unit, 1 Police Plaza, Room 1108, New York, New York, I served a **Summons and Complaint** upon Det. Charlie Benaim, defendant therein named, by delivering and leaving a true copy of the **Summons and Complaint** with P.O. "Jane" Beplat personally. Declarant knew said individual to be authorized to accept service on behalf of defendant Benaim.

Dated:     New York, New York
             January 3, 2008

                                                    By:       /s
                                                          Rose M. Weber  (RW 0515)