ROSE M. WEBER
ATTORNEY AT LAW
225 BROADWAY • SUITE 1607
NEW YORK, NEW YORK 10007

FAX: (212) 23?-????

TELEPHONE: (212) 748-3355

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/08

April 18, 2008

**BY FAX**
Honorable John G. Koeltl
United States District Judge
500 Pearl Street
New York, NY 10007

APPLICATION GRANTED
SO ORDERED
_____
John G. Koeltl, U.S.D.J.
4/18/08

RECEIVED
APR 1 8 2008
CHAMBERS OF
JUDGE JOHN G. KOELTL

Re: *Daniel Castro v. City of New York, et al.*, 07 Civ. 11602 (JGK)

Your Honor:

The complaint in the above-referenced action was filed on December 27, 2007 and therefore, pursuant to Fed. R. Civ. P. 4(m), the defendants must be served on or before April 25, 2008. Plaintiff respectfully requests, with defendants' consent, that the deadline for service on Undercover # 6813 be extended by thirty days (i.e., until May 25, 2008).[1]

I have twice attempted to serve Undercover # 6813 at OCCB Narcotics at 1 Police Plaza. The first time, I was advised that the computer system was down and that they could not accept service without checking the computer. The second time, I was told that Undercover # 6813 is not a narcotics officer. Only today did I learn that Undercover # 6813 is no longer undercover and can, therefore, be served under his actual name (Det. George Macias). I will make a third service attempt with all due haste, but will be out of the country until April 29, 2008 and will then have a trial starting almost immediately.

Thank you for your consideration of this request.

Respectfully,

Rose M. Weber (RW 0515)

cc: Afsaan Saleem, Esq. (by fax)

---

[1] Defendants City of New York and Det. Charlie Benaim were served on December 28, 2007 and January 3, 2008, respectively.