UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

DANIEL CASTRO,

                                              Plaintiff,          07 Civ. 11602 (JGK)

             -against-

THE CITY OF NEW YORK, et al.,

                                              Defendants.

------------------------------------------------------------------------X

## PROOF OF SERVICE

**ROSE M. WEBER**, an attorney duly admitted to practice in the State of New York and this Court, declares under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the following statements are true.

I am over 18 years of age and am not a party to this action.

That on May 12, 2008, at approximately 11:15 a.m., at the OCCB Narcotics Division, 1 Police Plaza, Room 1100, New York, New York, I served a **Summons and Complaint** upon Det. George Macias, defendant therein named, by delivering and leaving one true copy of the **Summons and Complaint** with a person of suitable age and discretion, to wit Cadet Matos, co-worker.

Declarant describes person served as aforesaid to the best of declarant's ability at the time and circumstances of service as follows:

Sex: F     Race: H     Hair: medium, brown     Approx. Age: 22
Approx. Ht.: sitting     Approx. Wt.: average

-2-

That on May 12, 2008, declarant mailed another true copy of the **Summons and Complaint** by first class mail properly enclosed and sealed in a postpaid wrapper addressed to Det. George Macias at the OCCB Narcotics Division, 1 Police Plaza, Room 1100, New York, New York 10038, his place of business, said envelope bearing the legend "Personal & Confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

Dated:     New York, New York
           May 12, 2008

                              By:        /s/
                                   Rose M. Weber  (RW 0515)