UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

DANIEL CASTRO,

                                      Plaintiff,        07 Civ. 11602 (JGK)

        -against-

THE CITY OF NEW YORK, et al.,

                                      Defendants.

------------------------------------------------------------------------X

## PROOF OF SERVICE

      **ROSE M. WEBER**, an attorney duly admitted to practice in the State of New York and this Court, declares under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the following statements are true.

      I am over 18 years of age and am not a party to this action.

      That on July 3, 2008, at approximately 11:50 a.m., at the OCCB Narcotics Division, 1 Police Plaza, Room 1100, New York, New York, I served **Amended Summonses and Complaints** upon Det. Robert Brennan, Sgt. Luis Piniero, Det. Jose Ramos, Det. James South, and Det. Jay Robles, defendants therein named, by delivering and leaving five true copies of the **Amended Summons and Complaint** with a person of suitable age and discretion, to wit Cadet Donalds, co-worker.

      Declarant describes person served as aforesaid to the best of declarant's ability at the time and circumstances of service as follows:

Sex: F      Race: H      Hair: long, brown      Approx. Age: 22
Approx. Ht.: 5'6"      Approx. Wt.: average

-2-

That on July 3, 2008, declarant mailed other true copies of the **Amended Summons and Complaint** by first class mail properly enclosed and sealed in postpaid wrappers addressed to Det. Robert Brennan, Sgt. Luis Piniero, Det. Jose Ramos, Det. James South, and Det. Jay Robles at the OCCB Narcotics Division, 1 Police Plaza, Room 1100, New York, New York 10038, their place of business, said envelopes bearing the legend "Personal & Confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

Dated:    New York, New York
          July 3, 2008

                                By:    _____/s_____
                                       Rose M. Weber  (RW 0515)